■ BOARD OF EDUCATION OF NEWFANE CENTRAL SCHOOL DISTRICT No. 1 OF TOWNS OF NEWFANE, LOCKPORT, CAMBRIA AND WILSON, Respondent, v NEWFANE TEACHERS ASSOCIATION et al., Appellants (Appeal No. 2.)—Order unanimously affirmed. Same memorandum as in *Board of Educ. v Newfane Teachers Assn.* (54 AD2d 1119). (Appeal from order of Erie Supreme Court—compel arbitration.) Present—Marsh, P. J., Moule, Cardamone, Simons and Goldman, JJ.